IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY MATTOX,
   Petitioner,
     v.

UNITED STATES OF AMERICA,
   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-2482-TWT

## ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the Petition be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Mattox\r&r.wpd